UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-23050-CIV-Lenard/Garber

JOHN W. CRAYTON,

     Plaintiff,

v.

OCEANIA CRUISES, INC.,
a foreign corporation,

     Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by reference from U.S. District Judge Joan A. Lenard on the plaintiff's Motion for Order Striking Interrogatory Answers, Compelling Answers to Interrogatories, Sanctions and Other Relief [DE 41] (the Motion), defendant's response in opposition, and plaintiffs reply thereto.

The Court has reviewed and considered the submissions of the parties. Plaintiff has propounded fourteen interrogatories. The defendant has specifically objected to interrogatories numbered 8, 10, and 14 and has stated "No objection" to the remaining eleven interrogatories. Such response of "No objection" does not constitute a response to said interrogatories, which have still not been answered by the defendant. Further, the objections asserted by defendant to interrogatories numbered 8, 10, and 14 are inappropriate and are overruled. The information sought by the interrogatories is relevant or likely to lead to the discovery of relevant evidence.

Accordingly, and upon due consideration, it is hereby

ORDERED as follows:

1.  Plaintiff's Motion is GRANTED in its entirety.  The Defendant's responses are hereby stricken.

2. The defendant shall fully respond to plaintiff's fourteen interrogatories on or before seven (7) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of May, 2008.

_____

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE